# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TORRES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEATGEEK, INC., a Delaware corporation headquartered in New York; and DOES 1 through 25, inclusive,<br><br>Defendant. | CASE NO.  3:25-cv-07118-LB<br><br>Hon. Laurel Beeler<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT SEATGEEK, INC.'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES |

CASE NO.  3:25-cv-07118-LB

[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY BRIEFING SCHEDULE FOR MOTION TO DISMISS FAC AND CONTINUE CASE MANAGEMENT CONFERENCE

## [PROPOSED] ORDER

Having considered the parties' Stipulation to Modify Briefing Schedule for Defendant SeatGeek, Inc.'s Motion to Dismiss the First Amended Complaint and Continue Initial Case Management Conference and Related Deadlines (the "Stipulation"), the Court **GRANTS** the Stipulation.

**IT IS HEREBY ORDERED** that the Stipulation is approved.

The briefing schedule on Defendant's forthcoming Motion to Dismiss ("Motion") shall be modified and the Initial Case Management Conference ("CMC") and related deadlines shall be continued as follows:

1. Deadline to file opposition papers to the Motion: March 19, 2026.

2. Deadline to file reply papers in support of its Motion: April 16, 2026.

3. Hearing on Defendant's Motion: Thursday, April 30, 2026, at 9:30 a.m.

4. Deadline for the parties to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and pursuant to ADR L.R. 3-5 and for the parties to file ADR Certifications: June 4, 2026.

5. Deadline for the parties to file their Joint Rule 26(f) Report and Joint Case Management Statement and serve Initial Disclosures: June 11, 2026.

6. CMC: June 18, 2026, at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: February 9, 2026

_____
Hon. Laurel Beeler

[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY BRIEFING SCHEDULE FOR MOTION TO DISMISS FAC AND CONTINUE CASE MANAGEMENT CONFERENCE