United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JOSE TORRES,<br>Plaintiff,<br>v.<br>SEATGEEK, INC.,<br>Defendant. | Case No. 25-cv-07118-LB<br>**JUDGMENT** |

On October 29, 2026, the court granted the defendant's motion to dismiss for lack of Article III standing, without prejudice. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of the defendant and against the plaintiff. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: October 29, 2026

LAUREL BEELER
United States Magistrate Judge